IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| ROCHELLE FLYNN<br>    Appellant,<br><br>v.<br><br>DISTINCTIVE HOME CARE, INC. d/b/a<br>DISNTINCTIVE HEALTHCARE;<br>AND SPECTRUM HEALTHCARE, INC.<br>    Appellees | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 15-50314 |

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

COMES NOW Appellant Rochelle Flynn pursuant to Rule 26(b), Federal Rules of Appellate Procedure, and Fifth Circuit Rule 26.2, and moves this Court for an extension of time to file Appellant's Brief and shows the Court as follows:

Appellant's counsel, R. Chris Pittard, has spent much of the past two weeks out of the office because of his vacation schedule, and requests a two-week extension of time to prepare Appellant's Brief.

Appellant's attorney, R. Chris Pittard, has contacted Appellees' counsel, Katherine Garber and Michael McQueen, and by extension, Paul Mengel, and they are unopposed to the extension for filing Appellant's Brief until July 8, 2015.

Therefore, Appellant requests that Appellant's Brief due date be extended from June 24, 2015, to July 8, 2015, to allow Appellant's counsel adequate time to prepare her brief.  This request is not made for the purposes of delay or harassment, but so that justice is served.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully request that this Court grant this Unopposed Motion for Extension of Time to file Brief until July 8, 2015.

Respectfully submitted,

FORTÉ & PITTARD, P.L.L.C.
1777 NE Loop 410, Suite 600
San Antonio, Texas 78217
Telephone: (210) 678-3075
Telecopier: (210) 820-2609

By:     /s/ R. Chris Pittard
           R. CHRIS PITTARD
           State Bar No. 00794465
           ATTORNEYS FOR APPELLANT

### CERTIFICATE OF CONFERENCE

     Pursuant to the Federal Rules of Appellate Procedure Appellant's counsel, R. Chris Pittard, has conferred with Appellee's counsel, Katherine Garber, Michael McQueen and Paul Mengel, on this Motion for Extension of Time to File Brief and they are unopposed to such Motion.

/s/R. Chris Pittard
R. CHRIS PITTARD

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of June 2015, I electronically filed the foregoing Unopposed Motion for Extension of Time to File Brief with the Clerk of Court using the CM/EMF system which will send notification of such filing to the following:

Mr. Michael D. McQueen
Kemp Smith, LLP
P.O. Box 2800
El Paso, Texas 77999-2800
ATTORNEYS FOR APPELLEE
DISTINCTIVE HOME CARE, INC.
d/b/a  DISNTINCTIVE HEALTHCARE

Ms. Katherine T. Garber
Strasburger & Price, LLP
1401 McKinney Ave., Suite 2200
Houston, Texas 77010
ATTORNEYS FOR APPELLEE
SPECTRUM HEALTHCARE RESOURCES, INC.

/s/R. Chris Pittard
R. CHRIS PITTARD